UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

        v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.35.216.3,

        Defendant.

Case No.  25-cv-10227-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 11

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: April 23, 2026



_____
WILLIAM H. ORRICK
United States District Judge